DAVID F. BETZ
IMPACT LAW GROUP PLLC
1325 Fourth Avenue, Suite 1400
Seattle, WA 98101
Telephone: (206) 792-5230
Facsimile: (206) 452-0655
Email: david@impactlawgroup.com

Attorneys for Use Plaintiff Barnhart Crane and Rigging Co.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BARNHART CRANE AND RIGGING CO., a Tennessee corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIX CORPORATION, a Washington corporation; and FIDELITY AND DEPOSIT COMPANY OF MARYLAND (Bond No. 9216357), a Maryland corporation,<br><br>Defendants. | Case No. 2:18-cv-00039-SAB<br><br>NOTICE OF SETTLEMENT |

PLEASE TAKE NOTICE that Plaintiff Barnhart Crane and Rigging Co. ("Barnhart") and Defendants Dix Corporation and Fidelity and Deposit Company of Maryland ("Defendants") have resolved all claims at issue in this matter. Barnhart and Defendants are in the process of finalizing settlement

NOTICE OF SETTLEMENT - 1
2:18-CV-00039-SAB

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX

documents in this matter and will file a stipulated motion for an order of dismissal upon compliance of the terms within the settlement agreement. This notice is being filed with the consent of all parties.

DATED this 15th day of August, 2018.

**IMPACT LAW GROUP PLLC**

By: */s/ David F. Betz*
David F. Betz, WSBA No. 28518
Attorneys for Plaintiff

**PISKEL YAHNE KOVARIK, PLLC**

By: */s/ Jason T. Piskel*
Jason T. Piskel, WSBA #35398
Attorneys for Defendants

NOTICE OF SETTLEMENT - 2
2:18-CV-00039-SAB

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 15, 2018, the attached document was presented to the Clerk of Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of Court will send e-mail notification of such filing to the following persons:

Jason T. Piskel, WSBA #35398
Piskel Yahne Kovarik, PLLC
522 West Riverside Avenue, Suite 00
Spokane, WA 99201
jason@pyklawyer.com

*Attorneys for Defendants Dix Corporation &
Fidelity and Deposit Company of Maryland*

DATED this 15th day of August, 2018 at Seattle, Washington.

**IMPACT LAW GROUP PLLC**

By: */s/ Tori Harris*
     Tori Harris

NOTICE OF SETTLEMENT - 3
2:18-CV-00039-SAB

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX