UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BARNHART CRANE AND RIGGING CO., a Tennessee corporation, <br><br> Plaintiff, <br><br> vs. <br><br> DIX CORPORATION, a Washington corporation; and FIDELITY AND DEPOSIT COMPANY OF MARYLAND (Bond No. 9216357), a Maryland corporation, <br><br> Defendants. | NO. 2:18-cv-00039-SAB <br><br> **ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulation of Dismissal, ECF No. 15. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//
//
//

**ORDER DISMISSING CASE**+ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, ECF No. 15, is **ACCEPTED and ENTERED into the record**.

2. This matter is **DISMISSED with prejudice** and without costs to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 23rd day of August 2018.



*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE**+ 2